JAMES D. HARRIS, Suing for the State Bank of Williamson, and in Behalf of Himself and All Other Stockholders, etc., Respondent, v. GEORGE F. WATERS and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

WILLIAM METZGER, Respondent, v. CITY OF BUFFALO and Others, Appellants. — Appeal dismissed, without costs, upon stipulation filed.

HENDERSON TIRE & RUBBER COMPANY, INC., Appellant, v. P. K. WILSON & SON, INC., and Others, Respondents.— Argument of appeal postponed until September term, to be ready as soon as reached at that term.

In the Matter of the Application of NEW YORK STATE RAILWAYS for the Appointment of Three Commissioners under Section 174 of the Railroad Law, to Determine Whether a Certain Branch or Extension Ought to Be Constructed and Operated on Madison Street in the City of Rome, N. Y.— Application for appointment of commissioners granted, and W. W. Byam, C. R. Keeney and M. R. Bingham appointed as commissioners.

CLAIR DORGAN, Respondent, v. FRANK J. DUFFY, INC., Appellant.— Judgment and order affirmed, with costs. All concur.

MARTHA STOWELL, Respondent, v. WALSH CONSTRUCTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GOULD, Appellant.— Judgment of conviction affirmed, under the provisions of section 542 of the Code of Criminal Procedure. All concur.

JOHN W. VOGT, Respondent, v. CHASE BROTHERS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Davis, J., who dissents upon the grounds: 1. The contract of sale provided for delivery of the trees on board cars at Dansville, tied in bundles of ten, shipment to be made in the fall. There is no competent evidence of a modification of the contract or waiver of the delivery on board cars, made by the defendant or any person clothed with authority to act in its behalf. 2. The arrangement for storing in Hartman's warehouse was made to facilitate the sorting, grading and bundling by the plaintiff and for his convenience and to obviate the danger of the freezing of the trees before they could be prepared for shipment, not as a substitute for delivery on the cars. The evidence is clear that both parties at the time and subsequently so understood it.

MARION A. HOWARD, Respondent, v. MARGARET E. PIERCE, an Infant, by LOUIS A. PIERSON, Her Guardian ad Litem, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.

EDMUND J. MOONEY, Appellant, v. THOMAS DOUD, Respondent.— Order affirmed, with costs. All concur.

MARTHA GRAY, Respondent, v. FRANK YANOWITZ, Appellant.— Judgment and order affirmed, with costs. All concur.

FREDERICK HENDERSON, an Infant, etc., Appellant, v. ALEXANDER W. HISLOP and Another, Respondents.— Motion granted and appeal dismissed, with costs.